UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT D. FRONCZAK,

    Plaintiff,

v.

NANCY A. BERRYHILL,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 16-cv-11554

Paul D. Borman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

<u>ORDER (1) ADOPTING REPORT AND RECOMMENDATION (ECF NO. 19);</u>
<u>(2) GRANTING THE COMMISSIONER'S</u>
<u>MOTION FOR SUMMARY JUDGMENT (ECF NO. 16);</u>
<u>(3) DENYING PLAINTIFF'S MOTION</u>
<u>FOR SUMMARY JUDGMENT (ECF NO. 14); and</u>
<u>(4) AFFIRMING THE DECISION OF THE COMMISSIONER</u>

On August 7, 2017, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation to affirm the decision of the Commissioner of Social Security ("Commissioner") in this action challenging the Commissioner's final decision to deny Plaintiff's application for Disability Insurance Benefits. (ECF No. 19, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES Plaintiff's Motion for

1

Summary Judgment (ECF No. 14), GRANTS Defendant's Motion for Summary Judgment (ECF No. 16), and AFFIRMS the findings of the Commissioner.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: August 30, 2017

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 30, 2017.

s/Deborah Tofil
Case Manager